# In the United States Court of Federal Claims

No. 10-635C

(Filed: August 15, 2011)

```
*****************************   *
                                *
JAMES M. LINICK,                *
                                *
                 Plaintiff,     *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
                 Defendant.     *
                                *
*****************************   *
```

ORDER

     On July 25, 2011, counsel for Plaintiff filed a motion to compel discovery responses from Defendant pursuant to RCFC 37(a)(3)(B).  Defendant filed its response on August 11, 2011, and Plaintiff filed its reply on August 12, 2011.  This morning the Court held a hearing on this discovery matter.  For the reasons stated today in open court, Plaintiff's motion to compel is GRANTED.  As agreed to by Plaintiff's counsel, Defendant may limit its search and production to agencies within the Department of Defense.  Defendant shall furnish the requested documents and interrogatory responses within two weeks, on or before August 29, 2011, and shall include a privilege log identifying each individual document withheld.

     IT IS SO ORDERED.

                                                 s/Thomas C. Wheeler
                                                 THOMAS C. WHEELER
                                                 Judge